FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT M. PARKER,<br><br>    Plaintiff,<br>v.<br><br>K. M. WALTON, *et al.*,<br><br>    Defendants. | No. CV 05-8565 PSG (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, defendants' Motion for Summary Judgment, all the documents filed in support of the motion, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting the defendants' motion for summary judgment as follows:

(1) Plaintiff's claim that Nelson, Peterson, Dr. Greenman, and Dr. Gallagher conspired to falsely document plaintiff's medical condition in response to his ADA claims and to retaliate against plaintiff for filing appeals is dismissed without prejudice;

(2) Plaintiff's claim that his transfer to PVSP was retaliatory is dismissed without prejudice;

(3) Plaintiff's claim that Reece deliberately and intentionally refused to file and/or process plaintiff's 602 grievance against Gallagher *et al.* and plaintiff's grievance against Gallagher is dismissed without prejudice;

(4) Plaintiff's claim that Dr. Meyers denied plaintiff's ADA appeal by filing a false response to the appeal and failed to supervise Dr. Faecher, Dr. Greenman, Dr. Gallagher, and Nelson is dismissed without prejudice;

(5) Plaintiff's claim that Dr. Greenman failed to supervise Dr. Gallagher is dismissed without prejudice;

(6) Plaintiff's claim that defendants violated his due process rights is dismissed with prejudice; and

(7) Defendants' request for summary judgment on all of plaintiff's remaining claims is granted with prejudice.

DATED: 7/8/08

PHILLIP S. GUTIERREZ
United States District Judge