Case 2:05-cv-08565-PSG-FFM   Document 61   Filed 07/08/08   Page 1 of 2   Page ID #:73

```
FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
                         DEPUTY
```

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROBERT M. PARKER,<br><br>    Plaintiff,<br>v.<br><br>K. M. WALTON, *et al.*,<br><br>    Defendants. | No. CV 05-8565 PSG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed with prejudice, except that the following claims are dismissed without prejudice:

(1) Plaintiff's claim that Nelson, Peterson, Dr. Greenman, and Dr. Gallagher conspired to falsely document plaintiff's medical condition in response to his ADA claims and to retaliate against plaintiff for filing appeals;

(2) Plaintiff's claim that his transfer to PVSP was retaliatory;

(3) Plaintiff's claim that Reece deliberately and intentionally refused to file and/or process plaintiff's 602 grievance against Gallagher *et al.* and plaintiff's grievance against Gallagher;

(4) Plaintiff's claim that Dr. Meyers denied plaintiff's ADA appeal by filing a false response to the appeal and failed to supervise Dr. Faecher, Dr. Greenman, Dr. Gallagher, and Nelson; and

(5) Plaintiff's claim that Dr. Greenman failed to supervise Dr. Gallagher.

DATED: 7/8/08

PHILLIP S. GUTIERREZ
United States District Judge